1
2
3
4
5
6            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7
8  DOUGLAS A. HARRIS, JR,                    No. 2:17-cv-01506-BHS
                        Plaintiff,
9          v.                                ORDER
10 NANCY A. BERRYHILL, Acting
   Commissioner of the Social Security
11 Administration,
                        Defendant.
12
13
14       IT IS HEREBY ORDERED that Plaintiff is awarded $6,423.76 in attorney fees pursuant

15 to the Equal Access to Justice Act, 28. U.S.C. § 2412 and $99.55 in costs pursuant to 28 U.S.C. §

16 1920.  If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not

17 subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,*

18 560 U.S. 586 (2010), payment of this award shall be made to Francisco Rodriguez and mailed to

19 him at P.O. Box 31844, Seattle, WA  98103.
20
21       Dated this 9th day of October, 2018.
22
23
24                                           _____
25                                           BENJAMIN H. SETTLE
                                            United States District Judge
26

LAW OFFICE OF
FRANCISCO RODRIGUEZ
P.O. Box 31844 ● Seattle, WA  98103
Tel (206) 414-8894 ● Fax (206) 629-8975

1

2  Presented By:

3  s/ FRANCISCO RODRIGUEZ

4  Francisco Rodriguez, WSBA #22881
   Attorney for Plaintiff

5  P.O. Box 31844
   Seattle, WA  98103

6  Phone:  (206) 414-8894

7  Fax:  (206) 629-8975
   Email:  tr@titorodriguez.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26